The judgment is reversed and the prosecution ordered dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## WOFFORD v. STATE (six cases).
### Nos. 21098–21103.

Court of Criminal Appeals of Texas.
May 29, 1940.

Rehearing Denied June 26, 1940.

M. H. Barton, of Overton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was given two years sentence in the District Court of Smith County on his plea of guilty upon an indictment charging theft of over $50. From that judgment he appeals.

The record is before us without statement of facts or bills of exception. All of the proceedings in the case appear to be regular and there is nothing presented for review by this court.

The judgment of the trial court is affirmed.